[No. 42242-5-II.   Division Two.   February 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD R. CARNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00506-7, Gordon Godfrey, J., entered June 6, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 42254-9-II.   Division Two.   February 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN PITKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00359-8, Stephen M. Warning, J., entered June 10, 2011. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Van Deren, J.

[Nos. 42271-9-II; 42062-7-II.   Division Two.   February 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JODIE D. GRAGG, *Appellant*.

*In the Matter of the Personal Restraint of* JODIE D. GRAGG, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00072-1, F. Mark McCauley, J., entered June 16, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.